IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-30077 |
| | ) | |
| JEFFREY L. WILFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION**

JEANNE E. SCOTT, U.S. District Judge:

The Defendant's Motion to Marry (d/e 8) is ALLOWED.  The Defendant is in the custody of the U.S. Marshal and is being housed at the Menard County, Illinois, Jail.  The Marshal is directed to select a date and time convenient to the Marshal to transport the Defendant to the Menard County, Illinois, Clerk's Office for the purpose of obtaining a marriage license.  The Marshal shall give the Defendant and his counsel at least ten (10) days prior notice of the date and time.  The Defendant is responsible for arranging for his fiancé to appear at that time to secure the marriage license.

After the Defendant secures a marriage license, the Menard County

1

Sheriff shall notify the Defendant and the Marshal of a time that is convenient to the Sheriff when the marriage ceremony may be conducted at the Menard County Jail.  The Defendant is responsible for arranging for the presence of the following individuals at the Menard County Jail at the time designated by the Sheriff for the ceremony: (1) a person authorized to officiate at weddings, (2) his fiancé, and (3) two witnesses.  The marriage ceremony may then take place.  The Marshal and the Sheriff may also have personnel present at the ceremony as they deem appropriate and take any precautions they deem appropriate before, during, and after the ceremony.

The Defendant shall remain in the custody of the Marshal at all times, and except as set forth above in this Opinion, the Court does not authorize any other special accommodations or arrangements for the Defendant.  The Defendant shall pay, in advance, all costs incurred by the Marshal in connection with the relief granted in this Opinion.

IT IS THEREFORE SO ORDERED.

ENTER:  March 6, 2007.

      FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                  UNITED STATES DISTRICT JUDGE